**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Peter M. Jones, Esq. SBN# 105811

Attorneys for:     **Defendant, JUAN CARLOS LOPEZ**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br>JUAN CARLOS LOPEZ,<br><br>                Defendant. | Case No.: 1:16 CR 00145 LJO SKO<br><br>**WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON** |

Pursuant to F.R. Crim. P. 43(b)(3), Defendant, JUAN CARLOS LOPEZ, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Mr. Lopez resides in Flagstaff, AZ. He recently obtained a job working full time as an assistant painter at Precision Painting. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, PETER M. JONES, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Lopez is currently in compliance with all his conditions under Pretrial Services. U.S. Attorney, Karen Escobar, has been notified of this request and has no objection. Mr. Lopez' next court hearing is set for October 31, 2016 at 1:00 for a status conference.

Dated:  September 27, 2016          **WANGER JONES HELSLEY PC**

     /s/ PETER M. JONES
     PETER M. JONES, Attorney for
     Defendant, JUAN CARLOS LOPEZ

**ORDER**

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **September 29, 2016**          /s/ *Sheila K. Oberto*
     UNITED STATES MAGISTRATE JUDGE